# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>DIEGO FERNÁNDEZ-SANTOS<br>Defendant. | CRIMINAL NO.: 14-225 (FAB) |

## NOTICE OF APPEAL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Diego Fernández Santos, ("Mr. Fernández"), represented by the Federal Public Defender for the District of Puerto Rico, hereby gives notice of an appeal of the district court's judgment on revocation of supervised release and sentence. *See* docket entry 139 (J.) (1/17/25).

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, January 21, 2025.

**RACHEL BRILL**
**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF PUERTO RICO**

/S/ SAMUEL P. CARRIÓN
Assistant Federal Public Defender
Gov. No. G03214
241 F.D. Roosevelt Ave.
San Juan, PR 00918-2441
Tel. (787) 281-4922
Samuel_Carrion@fd.org